UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARLE W. JUDD II, <br><br> Plaintiff, <br><br> v. <br><br> JACK F. NEVIN, et al., <br><br> Defendants. | CASE NO. C20-6128JLR <br><br> ORDER DENYING MOTION FOR COURT TO PROVIDE SERVICE |

Before the court is *pro se* Plaintiff Earle W. Judd II's motion for the court to provide service. (Mot. (Dkt. # 6).) Mr. Judd asks the court to provide service of the summons and complaint upon all Defendants as an accommodation under the Americans with Disabilities Act ("ADA"). (*Id.* at 1.) He further moves the court to declare that every right he claims in his complaint is valid and to find all Defendants liable for depriving him of those rights. (*Id.*)

//

ORDER - 1

1  While the court construes filings by *pro se* plaintiffs broadly, *see Roy v. Lampert*, 465 F.3d 964, 970 (9th Cir. 2006), it is not aware of any provisions of the ADA mandating that the court provide service on Mr. Judd's behalf, *see generally* 42 U.S.C. § 12101, *et seq.* Further, Mr. Judd is not proceeding *in forma pauperis*, so the court need not provide service on his behalf. (*See generally* Dkt.); Fed. R. Civ. P. 4(c)(3). The court expects Mr. Judd to ensure that the Defendants are served in compliance with Federal Rule of Civil Procedure 4 if he wishes for his suit to proceed.

  Mr. Judd also asks the court to issue a declaratory judgment finding the Defendants liable. (Mot. at 1, 4.) It is far too early in this litigation for the court to consider this question. The Defendants have not even been notified that Mr. Judd is suing them. The court encourages Mr. Judd to review the resources that the court provides to *pro se* litigants.[1]

  Thus, the court DENIES Mr. Judd's motion for the court to provide service and to declare that Defendants are liable for violating Mr. Judd's rights (Dkt. # 6).

Dated this 19th day of February, 2021.

*[signature]*

JAMES L. ROBART
United States District Judge

---

[1] Mr. Judd can find a guide to assist *pro se* litigants, including descriptions of the process of serving a complaint and the stages of a lawsuit, on the court's website: https://www.wawd.uscourts.gov/representing-yourself-pro-se.

ORDER - 2