| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JUN 11 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

EARL W. JUDD II,

        Plaintiff-Appellant,

 v.

JACK F. NEVIN, Judge; et al.,

        Defendants-Appellees.

No. 21-35401

D.C. No. 3:20-cv-06128-JLR
Western District of Washington,
Tacoma

ORDER

Before: SILVERMAN, NGUYEN, and R. NELSON, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with Fed. R. Civ. P. 54(b)); *see also WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se