UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EARL W. JUDD, II, <br><br>                Plaintiff, <br>     v. <br><br>JACK F. NEVIN, et al., <br><br>                Defendants. | CASE NO. C20-6128JLR <br><br> ORDER DISMISSING CLAIMS WITH PREJUDICE |

On May 4, 2021, the court dismissed all claims filed by Plaintiff Earl W. Judd, II in this matter. (5/4/21 Order (Dkt. # 25).) The court dismissed Mr. Judd's tort claims against Defendant Rose M. Eberhart without prejudice and with leave to amend, and instructed Mr. Judd to file an amended complaint rectifying the deficiencies identified by the court within 14 days of the court's order. (*Id*. at 14-16.) The court dismissed all of Mr. Judd's other claims with prejudice and without leave to amend. (*Id.* at 16.) Mr. Judd did not file an amended complaint after the court's order. (*See* Dkt.) Instead, 21 days after the court's order, he filed a notice of appeal to the Ninth Circuit. (Not. of Appeal

(Dkt. # 27).) This appeal was dismissed for lack of jurisdiction on June 11, 2021. (Order of USCA (Dkt. # 29).) Mr. Judd has not filed an amended complaint since the dismissal of his appeal. (*See* Dkt.) Accordingly, because 14 days have passed since both the court's original order of dismissal and the dismissal of Mr. Judd's appeal and he has not filed an amended complaint, the court DISMISSES Mr. Judd's remaining claims with prejudice and without leave to amend.

Dated this 30th day of June, 2021.

JAMES L. ROBART
United States District Judge